# United States District Court
## Western District of North Carolina
### Division

| | | |
|---|---|---|
| Mark Wayne Ballard **,** | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:15-cv-00177 |
| | ) | 2:10-cr-00019 |
| vs. | ) | |
| | ) | |
| UNITED STATES OF AMERICA**,** | ) | |
| | ) | |
| Respondent. | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 31, 2015 Order.

August 31, 2015

Frank G. Johns, Clerk
United States District Court